IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) CIVIL ACTION NO. 2:04cv674-MHT |
| | ) [WO] |
| GREG PRAMO GRANT | ) |

**O R D E R**

On August 3, 2006, the Clerk docketed the "Declaration of Gilbert R. Geilim" (Doc. # 23), a retained lawyer for Greg Pramo Grant ("Grant") at his sentencing. Paragraph 5 of the Declaration includes a "request" that this attorney be allowed to appear for Grant in the § 2255 proceedings he has been pursuing pro se since July 13, 2004, and Paragraph 6 requests an extension of an August 4, 2006, deadline. Neither request is presented in a properly supported *Motion*, as required in the Middle District of Alabama, and accordingly, the court declines consideration of the requested relief. In the interest of judicial economy, the court advises both Grant and counsel as follows:

1. Grant's § 2255 motion filed July 13, 2004, included a claim of "ineffective assistance of counsel" for Attorney Geilim's alleged failure to file an appeal. While subsequent submissions by Grant could be construed reasonably as an abandonment of this claim, it remains pending for determination. Accordingly, the court reasonably questions the propriety of allowing this attorney to provide any additional representation of Grant; any Motion by counsel should address the perceived conflict, and Grant will be required to state clearly either his abandonment of the ineffectiveness claim or his waiver of the conflict.

2. The court has granted three requested extensions for Grant's response to the Government's Reply Brief filed April 28, 2006: (1) from May 22, 2006, to June 12, 2006; (2) from June 12, 2006, to July 8, 2006; and (3) from July 8, 2006, to August 4, 2006. Any further extensions must be grounded on a compelling showing of good cause for Grant's inability to respond within the considerable time (over 75 days) already extended. Absent the filing of any such showing, the issues underlying the Reply Brief will be deemed submitted for ruling after August 22, 2006.

The Clerk is directed to serve not only the pro se movant Grant but also the attorney affiant on Doc. # 23, Geilim.

DONE this 10th day of August, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE
FOR
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE