IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. |
| | ) | 2:04cv674-MHT-DRB |
| GREG PRAMO GRANT | ) | [WO] |

**ORDER ON MOTION**

On September 18, 2006 (Doc. No. 27), the movant, Greg Pramo Grant, filed a *motion for extension of time* to file objections to the Recommendation of the Magistrate Judge entered on September 5, 2006.[1]  Upon consideration of this motion, and for good cause, it is

ORDERED that the *motion for extension of time* (Doc. No. 27) be and is hereby GRANTED.  It is further

ORDERED that Grant be and is hereby GRANTED an extension from September 19, 2006, to and including October 16, 2006, to file his objections to the Recommendation of the Magistrate Judge entered on September 5, 2006.

Done this 25th day of September, 2006.

_____     **/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

_____

[1]Although Grant's  motion for extension of time was date-stamped "received" in this court on September 21, 2006, the court, under the "mailbox rule," deems his motion filed on the date he delivered it to prison authorities for mailing, presumptively, September 18, 2006, the day that he signed it. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).