IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. |
| | ) | 2:04cv674-MHT-TFM |
| GREG PRAMO GRANT | ) | [WO] |

**ORDER ON MOTION**

On January 16, 2007 (Doc. No. 37), defendant Greg Pramo Grant filed a pleading styled as a "*Motion to Unseal Declaration of Gilbert R. Geilim Filed Under Seal on August 13, 2004,*" in which Grant seeks an order from this court directing the unsealing of the affidavit Geilim filed with this court on August 13, 2004, so that the Eleventh Circuit Court of Appeals will have access to the affidavit when considering Grant's motion for certificate of appealability.  In addition, Grant asks that he be provided with an unsealed copy of Geilim's affidavit free of charge.  *See* Doc. No. 37.  Grant was provided with a copy of Geilim's affidavit with the government's reply to Grant's § 2255 motion.  *See* Doc. No. 7, Attachment # 1.  The Eleventh Circuit Court of Appeals has access to Geilim's affidavit, as it is included in the record through the government's reply to the § 2255 motion.  Accordingly, and for good cause, it is

ORDERED that Grant's "*Motion to Unseal Declaration of Gilbert R. Geilim Filed Under Seal on August 13, 2004*" (Doc. No. 37) be and is hereby DENIED.

Done this 19th day of January, 2007.

 /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE