IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREG PRAMO GRANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:04cv674-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Upon consideration of petitioner's appeal (doc. no. 40), it is ORDERED that the order of the magistrate judge at issue is affirmed.

It is further ORDERED that petitioner's motion for reconsideration (do. no. 40) is denied.

DONE, this the 6th day of March, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE